RECEIVED
IN LAKE CHARLES, LA

JUN - 8 2007

ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAKE CHARLES DIVISION

| | |
|---|---|
| ELMO M. ISTRE | CIVIL ACTION NO. 06-2203-LC |
| VS. | SECTION P |
| JEFFERSON DAVIS SHERIFF'S OFFICE, ET AL | JUDGE MINALDI |
| | MAGISTRATE JUDGE WILSON |

## JUDGMENT

There being no objection to the proposed findings of fact and conclusions of law in the Report and Recommendation of the Magistrate Judge previously filed herein these findings and conclusions are accepted. Alternatively, this court concludes that the proposed findings and conclusions are entirely correct. Accordingly,

**IT IS ORDERED** that plaintiff's claims seeking injunctive relief be **DENIED** and **DISMISSED** as moot.

**IT IS ALSO ORDERED** that plaintiff's claims seeking compensatory damages for alleged civil rights violations be **DISMISSED WITH PREJUDICE** as frivolous and for failing to state a claim upon which relief may be granted under 28 U.S.C. § 1915(e)(2)(B)(I) and (II).

THUS DONE AND SIGNED in Chambers at Lake Charles, Louisiana, this ___7___ day of ___June___, 2007.

PATRICIA MINALDI
UNITED STATES DISTRICT JUDGE